UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| UROMED TECHNOLOGY, INC., *et al.*, | No. C 10-05242 LB |
| Plaintiffs, | **ORDER REGARDING FAILURE TO E-FILE** |
| v. | |
| MICHAEL Y. GRANGER, *et al.*, | |
| Defendants. | |

This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically. Our docket reflects that the Complaint, docket #1, Summons, docket #2 and the Civil Cover Sheet were not filed electronically.

IT IS HEREBY ORDERED that counsel for Plaintiff e-mail the above mentioned document to the Court in Portable Document Format ("PDF") format within 10 days, as an attachment in an ***e-mail*** message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Failure to comply with this order may result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with the General Order has been remedied.

General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

C 10-05242 LB

1  become an ECF User and be assigned a user ID and password for access to the system upon
2  designation of the action as being subject to ECF."
3      IT IS HEREBY FURTHER ORDERED that, if she or he has not already done so, counsel for
4  Plaintiff shall register forthwith as an ECF User and be issued an ECF User ID and password.
5  Forms and instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

7  **IT IS SO ORDERED.**
8  Dated: February 15, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05242 LB

2