UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UROMED TECHNOLOGY, INC.;
THOMAS F. REINER
                    Plaintiff(s),                          CASE NO. C10-05242

            v.

MICHAEL Y. GRANGER;                           STIPULATION AND [PROPOSED]
KENNETH E. FELTMAN;                           ORDER SELECTING ADR PROCESS
KENNETH E. FELTMAN
INSURANCE TRUST
                    Defendant(s).
_____ /

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐       Non-binding Arbitration (ADR L.R. 4)
☐       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☒       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒       Private ADR *(please identify process and provider)* JAMS; Donald R. Person

2520 Venture Oaks Way, Suite 400, Sacramento, CA  95833; (916) 921-5300

The parties agree to hold the ADR session by:
☐       the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered.)*
☒       other requested deadline March 11, 2011

Dated: February 9, 2011
                                              _____
                                              Kurt C. Wendlenner, Attorney for
                                              Plaintiffs UroMed Technology, Inc.,  and
                                              Thomas F. Reiner

Dated: February 7, 2011
                                              _____
                                              Steven Rood, Attorney for Defendants
                                              Michael Y. Granger, Kenneth E. Feltman
                                              and Kenneth E. Feltman Insurance Trust

American LegalNet, Inc.
www.USCourtForms.com

016146.0002\1746069.1

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐   Non-binding Arbitration
☐   Early Neutral Evaluation (ENE)
☐   Mediation
☒   Private ADR

Deadline for ADR session

☐   90 days from the date of this order.
☒   other   March 11, 2011

IT IS SO ORDERED.


Dated:   February 18, 2011

IT IS SO ORDERED

Judge Laurel Beeler

UNITED STATES   Magistrate   JUDGE

Order (C 10-05242 LB)

016146.0002\1746069.1

American LegalNet, Inc.
www.USCourtForms.com