Steven M. Morger (Bar No. 115108)
William C. Acevedo (Bar No. 194106)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: wacevedo@wendel.com

Attorneys for Plaintiffs
UROMED TECHNOLOGY, INC., a Massachusetts corporation; THOMAS F. REINER, individually and as President, CEO and Chairman of the Board of UroMed Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UROMED TECHNOLOGY, INC., a Massachusetts corporation; THOMAS F. REINER, individually, and as President, CEO and Chairman of the Board of UroMed Technology, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL Y. GRANGER, individually and as former Chairman of the Board of UroMed Technology, Inc.; KENNETH E. FELTMAN, individually and as former Director of UroMed Technology, Inc.; and KENNETH FELTMAN INSURANCE TRUST, by and through Nancy H. Feltman, Trustee,<br><br>Defendants. | Case No. C10-05242 LB<br><br>**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff Uromed Technology, Inc. and Thomas F. Reiner (collectively, "Plaintiffs"), and Defendants Michael Y. Granger, Kenneth E. Feltman, and Kenneth Feltman Insurance Trust (collectively, "Defendants"), by and through their respective counsel of record stipulate and agree as follows:

## STIPULATION

WHEREAS certain contractual and/or shareholder disputes exist between Plaintiffs and Defendants, which the parties are attempting to informally resolve;

WHEREAS mediation is currently scheduled in this matter for Wednesday, March 9, 2011;

WHEREAS a case management conference is currently set for hearing in Courtroom 4 of this Court at 10:30 a.m. on Thursday, March 10, 2011;

WHEREAS the attorney employed with Wendel, Rosen, Black & Dean, LLP, counsel of record for Plaintiffs in this action, has recently left the firm for another employment opportunity and new counsel with Wendel, Rosen, Black & Dean, LLP, William C. Acevedo, has been assigned to represent Plaintiffs in this litigation;

WHEREAS said counsel for Plaintiffs has a scheduling conflict that precludes his appearance for the March 10, 2011 case management conference in this matter, to wit, a deposition ordered to be conducted by the Honorable Ruth Ann Kwan of the Los Angeles County Superior Court, pertaining to a motion for summary judgment in the matter of *Coxeter v. EMG Lakewater, LLC, et al.*, Los Angeles County Superior Court Case No. BC410942; and

WHEREAS, Steven Morger, co-counsel for Plaintiffs, is currently in arbitration in another matter and thus, unavailable to appear for the March 10, 2011 case management conference in this matter;

THE PARTIES STIPULATE THAT:

**1.** The Parties will, and hereby do, request that the case management conference be continued from 10:30 a.m. on Thursday, March 10, 2011 to 10:30 a.m. on Thursday, April 14, 2010, or as soon thereafter as the matter may be heard, in Courtroom 4 of the United States District Court, Northern District of California, Oakland Division; and

**2.** The Parties will, and hereby do, request that the filing deadline for the parties' initial joint case management conference statement also be continued, per Code and/or local court

/ / / /

/ / / /

1  rule, in reflection of the rescheduled case management conference.

2  **IT IS SO STIPULATED.**

3  Dated: March 7, 2011                                    WENDEL, ROSEN, BLACK & DEAN LLP

5  By: /s/ *William C. Acevedo*
6  Steven M. Morger
   William C. Acevedo
7  Attorneys for Plaintiffs
   UROMED TECHNOLOGY, INC., a
8  Massachusetts corporation; THOMAS F.
   REINER, individually and as President,
9  CEO and Chairman of the Board of
   UroMed Technology, Inc.

10 Dated: March 7, 2011                                    LAW OFFICES OF STEVEN ROOD

12 By: /s/ *Steven Rood*
13 Steven Rood
   Attorneys for Defendants
14 Michael Y. Granger, Kenneth E. Feltman,
   and Kenneth Feltman Insurance Trust

15 HAWKS LAW OFFICE

16 *Of Counsel* for Defendants
   Anthony W. Hawks
17 494 Bethany Loop
   Bethany Beach, DE 19930

19 **ORDER**

20  Upon good cause appearing therefore, IT IS HEREBY ORDERED THAT:

21  The case management conference shall be continued from March 10, 2011 at 10:30 a.m.

22 in Courtroom 4 of this Court to __April 14__, 2011. The deadline for filing a joint case

23 management conference statement shall be __April 7__, 2011.

24  **IT IS SO ORDERED.**

25 Dated: __March 9__, 2011    _____
                               Magistrate Judge of the U.S. District Court
                               [SEAL: IT IS SO ORDERED / Judge Laurel Beeler / United States District Court Northern District of California]

*STIPULATION RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE; ORDER - Case No.     - 3 -
C10-05242 LB*

017100.0001\1779239.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607