IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UROMED TECHNOLOGY, INC., ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL Y. GRANGER, ET AL, <br><br> Defendants. | No. C-10-05242-LB (DMR) <br><br> **ORDER CONTINUING THE SETTLEMENT CONFERENCE** |

Based on the stipulation of the parties (Docket No. 35), and for good cause appearing, the Settlement Conference previously scheduled for Tuesday, May 17, 2011 at 11:00 a.m. is continued to **Tuesday, July 19, 2011 at 11:00 a.m.** The parties shall adhere to the procedures and deadlines set forth in the previously issued Settlement Conference Order (Docket 29).

IT IS SO ORDERED.

Dated: May 16, 2011

DONNA M. RYU
United States Magistrate Judge

cc: Copy to parties via ECF