IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UROMED TECHNOLOGY, INC., et al. ) | |
| Plaintiffs, ) | |
| v. ) | Case No. C10-05242 |
| MICHAEL Y. GRANGER, et al. ) | |
| Defendants. ) | |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, CONTINGENT MOTION FOR LEAVE TO FILE COUNTERCLAIM, MOTION FOR JUDGMENT ON PLEADINGS; AND CONTINGENT MOTION FOR PARTIAL SUMMARY JUDGMENT; AND ~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between all of the attorneys of record of the parties who have appeared in this action, that the Case Management Conference heretofore set for June 30, 2011 at 10:30 a.m., Magistrate Judge Laurel Beeler presiding, be postponed and continued until July 28, 2011 at 10:30 a.m.  Said continuance is desired to allow the parties sufficient time to prepare for and participate in a settlement conference before Magistrate Judge Donna M. Ryu.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between all of the attorneys of record of the parties who have appeared in this action, that the Defendants Kenneth E. Feltman's, Michael Y. Granger's, and Kenneth Feltman Insurance Trust's Motion for Judgment on the Pleadings Dismissing Complaint for Lack of Personal Jurisdiction, Contingent Motion for Leave to File Counterclaim, and Contingent Motion for Partial Summary Judgment, currently scheduled for hearing on June 23, 2011 at 11:00, Magistrate Judge Laurel Beeler presiding, be postponed and continued for hearing until September 1, 2011 at 11:00 a.m.  Said continuance is desired to allow the parties

sufficient time to prepare for and participate in a settlement conference before Magistrate Judge Donna M. Ryu.

DATED:  May 13, 2011

| | |
|---|---|
| Steven Rood, Esq., Bar No. 69332<br>LAW OFFICE OF STEVEN ROOD<br>405 – 14th Street, Suite 212<br>Oakland, CA  94612<br>510-839-0900 and (Fax) 510-839-0230<br>info@steverood.com<br>Counsel for Defendants | /s/ Steven Rood |
| William Acevedo (Bar No. 194106)<br>WENDEL, ROSEN, BLACK & DEAN LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA  94607<br>(510) 834-6600 and (Fax) 834-1928<br>wacevedo@wendel.com<br>Counsel for Plaintiffs | /s/ William Acevedo |

### ORDER

Based on the Stipulation of the parties, and for good cause appearing, the Case Management Conference scheduled for June 30, 2011 is continued to July 28, 2011 at 10:30 a.m. in Department 4 of this Court.  The hearing of Defendants' Motion for Judgment on the Pleadings Dismissing Complaint for Lack of Personal Jurisdiction, Contingent Motion for Leave to File Counterclaim, and Contingent Motion for Partial Summary Judgment, currently scheduled is continued from June 23, 2011 to September 1, 2011 at 11:00 a.m. in Department 4 of this Court.

 DATED: May 17, 2011

_____
**Magistrate Judge Laurel Beeler**