IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UROMED TECHNOLOGY, INC., et al.<br><br>          Plaintiffs,<br><br>v.<br><br>MICHAEL Y. GRANGER, et al.<br><br>          Defendants. | STIPULATION AND ORDER<br>Case No. C10-05242 |

### STIPULATION TO CONTINUE BRIEFING AND HEARING DATES RE: CONTINGENT MOTION FOR LEAVE TO FILE COUNTERCLAIM, MOTION FOR JUDGMENT ON PLEADINGS, AND CONTINGENT MOTION FOR PARTIAL SUMMARY JUDGMENT; AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between all of the attorneys of record of the parties who have appeared in this action, that the Defendants Kenneth E. Feltman's, Michael Y. Granger's, and Kenneth Feltman Insurance Trust's Motion for Judgment on the Pleadings Dismissing Complaint for Lack of Personal Jurisdiction, Contingent Motion for Leave to File Counterclaim, and Contingent Motion for Partial Summary Judgment, currently scheduled for hearing on October 20, 2011 at 11:00, Magistrate Judge Laurel Beeler presiding, be postponed and continued for hearing until November 4, 2011 at 11:00 a.m., or as soon thereafter as the matter may be heard by this Court. Plaintiffs' deadline to file any opposition to Defendants' motions shall be continued from September 29, 2011 to October 14, 2011 or to such date as appropriate based upon the hearing date for the motions provided by the Court. Defendants' deadline to file any reply to said opposition shall be continued from October 6, 2011 to October 21, 2011 or to such date as appropriate based upon the hearing date for the motions provided by the Court.

Said continuance is desired to allow the parties sufficient time to concentrate on finalizing a

tentative settlement reached during the settlement conference before Magistrate Judge Donna M. Ryu.

DATED: September 19, 2011

| | |
|---|---|
| Steven Rood, Esq., Bar No. 69332<br>LAW OFFICE OF STEVEN ROOD<br>405 – 14th Street, Suite 212<br>Oakland, CA  94612<br>510-839-0900 and (Fax) 510-839-0230<br>info@steverood.com<br>Counsel for Defendants | /s/ Steven Rood |
| William Acevedo (Bar No. 194106)<br>WENDEL, ROSEN, BLACK & DEAN LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA  94607<br>(510) 834-6600 and (Fax) 834-1928<br>wacevedo@wendel.com<br>Counsel for Plaintiffs | /s/ William Acevedo |

## ORDER

Based on the Stipulation of the parties, and for good cause appearing, the hearing of Defendants' Motion for Judgment on the Pleadings Dismissing Complaint for Lack of Personal Jurisdiction, Contingent Motion for Leave to File Counterclaim, and Contingent Motion for Partial Summary Judgment, is continued from October 20, 2011 at 11:00 a.m. in Department 4 of this Court to ____November 17_____, 2011 at 11:00 a.m. in Department 4 of this Court.  Plaintiffs' opposition, if any, to said motions shall be filed no later than _____October 14____, 2011.  Defendants' reply, if any, to said opposition shall be filed no later than _____October 21_____, 2011.

IT IS SO ORDERED.

DATED:   September 23, 2011

_____
**Magistrate Judge Laurel Beeler**