UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| UROMED TECHNOLOGY, INC., *et al.*, | No. C 10-05242 LB |
| Plaintiffs, | **ORDER CONTINUING DEFENDANTS' MOTIONS AND EXTENDING DISCOVERY DEADLINES** |
| v. | |
| MICHAEL Y. GRANGER, *et al.*, | |
| Defendants. | |

On May 2, 2011, Defendants filed (1) a motion for judgment on the pleadings seeking to dismiss the complaint for lack of personal jurisdiction and (2) a motion for partial summary judgment with respect to counts 1 and 10. ECF Nos. 32, 33. Subsequently, in order to aid the settlement negotiation process, the court granted the parties' joint requests to continue the hearing. *See* ECF Nos. 38, 47, and 50. In the parties' most recent joint request to continue the hearings, they explained that Plaintiffs are pursuing outside financing to fund the settlement. Stipulation, ECF No. 49 at 1-2. The court granted the request and continued the hearing to December 15, 2011. Order, ECF No. 50 at 2. Now, in Plaintiffs' opposition brief, they explain that the parties have a tentative settlement in place but that they continue to search for financing. ECF No. 51 at 26.

Also, the parties now jointly request that the court extend the discovery deadlines. Stipulation, ECF No. 55 at 2. They explain that they stayed discovery through the date of the filing to focus on settlement negotiations but will need additional time to prepare for trial if a settlement agreement cannot be reached. *Id.*

1  The court finds good cause to amend the discovery deadlines. Based on the stipulation of the
2  parties, and for good cause appearing, the court **AMENDS** the April 14, 2011 Case Management
3  and Pretrial Order in this action as follows:

4  1. The current non-expert discovery deadline of December 1, 2011 is continued to April 1,
5     2011;
6  2. The last day for dispositive hearings deadline of March 15, 2012 is continued to April 15,
7     2012;
8  3. Expert disclosures, if any, shall be made no later than March 1, 2011;
9  4. Rebuttal expert disclosures, if any, shall be made by no later than March 30, 2011; and
10 5. The current expert discovery completion date of February 1, 2012 is continued to May 1,
11    2012.

12 Additionally, the court **CONTINUES** the hearing date until February 2, 2012 at 11:00 a.m. The
13 parties shall inform the court whether they are still in settlement negotiations by January 19, 2012.

14 **IT IS SO ORDERED.**

15 Dated: December 2, 2011

_____
LAUREL BEELER
United States Magistrate Judge