UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| Uromed Technology, Inc., *et al.*, | No. CV10-05242 LB |
| Plaintiffs, | |
| v. | **AMENDED CASE MANAGEMENT SCHEDULING ORDER** |
| Michael Y. Granger, *et al.*, | |
| Defendants. | |

On January 19, 2012, the parties filed a joint statement in which they explained that they are still working towards a settlement and that they believed it would be beneficial to not actively litigate the matter for a brief period of time. ECF No. 64 at 2. The parties requested certain modifications to the case management schedule. *Id.* at 2-3. The parties also requested that the court schedule a case management conference on March 2, 2012, and that the court continue the hearings on the pending motions. *Id.* at 4.

Given these factors, the court amends the case management order as follows:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 2/23/2012 |
| Further Case Management Conference | 3/1/2012 at 10:30 a.m. |
| ADR completion date | 3/1/2012 |
| Non-expert discovery completion date | 5/1/2012 |

ORDER
CV10-05242 LB

| Expert disclosures required by Federal Rules of Civil Procedure | 5/1/2012 |
|---|---|
| Rebuttal expert disclosures | 5/29/2012 |
| Expert discovery completion date | 5/29/2012 |
| Last hearing date for dispositive motions | 5/17/2012, at 11:00 a.m. |
| Meet and confer re pretrial filings | 5/18/2012 |
| Pretrial filings due | 5/30/2012 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 6/6/2012 |
| Final Pretrial Conference | 6/14/2012, at 1:30 p.m. |
| Trial | 6/25/2012, at 8:30 a.m. |
| Length of Trial | 5 days |

Additionally, the court continues the hearing date for Defendants' current motions from February 2, 2012 to March 15, 2012 at 11:00 a.m.

**IT IS SO ORDERED**.

Dated: January 27, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
CV10-05242 LB