UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| UROMED TECHNOLOGY, INC., *et al.*, | No. C 10-05242 LB |
| Plaintiffs, | **ORDER REGARDING CASE PROGRESS** |
| v. | |
| MICHAEL Y. GRANGER, *et al.*, | |
| Defendants. | |

At the case management conference on March 1, 2012, the parties explained that Plaintiff Thomas Reiner was seeking funding for a settlement. Given this representation, the court continued Defendants' Motion for Summary Judgment, Motion for Partial Summary Judgment, and Motion to File a Counterclaim to April 5, 2012 at 11:00 a.m. The court now **ORDERS** the parties to inform the court of the status of the settlement negotiations no later than March 19, 2012.

**IT IS SO ORDERED.**

Dated: March 12, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER
C 10-05242 LB